

# IN THE
# TENTH COURT OF APPEALS

---

**No. 10-20-00046-CR**
**No. 10-20-00047-CR**
**No. 10-20-00048-CR**

## EX PARTE BRIAN EVAN HUTCHINS

---

## Original Proceeding

---

## MEMORANDUM OPINION

---

Brian Hutchins filed what appears to be original habeas corpus proceedings seeking to have this Court dismiss all charges against him. This Court, however, has no jurisdiction over these original writs of habeas corpus. *See* TEX. GOV'T CODE ANN. § 22.221 (West Supp. 2019).

Accordingly, we dismiss these proceedings for want of jurisdiction.

JOHN E. NEILL
Justice

Before Chief Justice Gray,
     Justice Davis, and
     Justice Neill
Dismissed
Opinion delivered and filed February 19, 2020
Do not publish
[OT06]

